IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CHARLA MOORER,                  )
                                )
    Plaintiff,                  )
                                )     CIVIL ACTION NO.
    v.                          )       2:24cv114-MHT
                                )           (WO)
ENTERPRISE HOLDINGS, INC.;      )
and ELCO-SOUTH CENTRAL,         )
LLC,                            )
                                )
    Defendants.                 )
```

**JUDGMENT**

Because plaintiff concedes that defendants' partial motion to dismiss (Doc. 10) plaintiff's Title VII claims for failure to exhaust is due to be granted, *see* Plaintiff's Response (Doc. 13), it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendants' partial motion to dismiss is granted.

(2) Plaintiffs' Title VII claims are dismissed with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 6th day of May, 2024.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**