# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **CHARLA MOORER,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CASE: 2:24-cv-00114-MHT-KFP** |
| ) | |
| **ENTERPRISE HOLDINGS, INC., and** ) | |
| **ELCO-SOUTH CENTRAL, LLC,** ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW plaintiff, Charla Moorer, and defendants, Enterprise Leasing Company - South Central, LLC, misidentified in the Complaint as "Elco-South Central, LLC", and Enterprise Holdings, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and stipulate to the dismissal of plaintiff's Complaint, in its entirety, with prejudice, and costs taxed as paid.

Respectfully submitted,

_____
Amardo Wesley Pitters
LAW OFFICES OF A. WESLEY PITTERS, P.C.
1145 South Perry Street (36104)
P.O. Box 1973
Montgomery, AL 36102-1973
P: 334-265-3333 | F: 334-265-3411
awpitters@pitterslawfirm.com

**ATTORNEY FOR PLAINTIFF**
**Charla Moorer**

_____
Gordon L. Blair
Amy Quick Glenos
OGLETREE DEAKINS NASH SMOAK & STEWART P.C.
420 20th Street North, Suite 1900
Birmingham, AL 35203
T: 205-328-1900 | F: 205-328-6000
gordon.blair@ogletree.com
amy.glenos@ogletree.com

**ATTORNEYS FOR DEFENDANTS**
**Enterprise Holdings, Inc. and Enterprise Leasing Company - South Central, LLC**